IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| WELLS FARGO BANK, NATIONAL ASSOCIATION, successor by merger to Wachovia Bank, National Association, | ) ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) ) | CIVIL ACTION NO. 2:11cv296-MHT (WO) |
| WILLIAM B. BLOUNT and, CHARLES DEREK PARRISH, | ) ) ) | |
| Defendants. | ) | |

## JUDGMENT

Pursuant to the joint stipulation of dismissal (Doc. No. 16), it is the ORDER, JUDGMENT, and DECREE of the court that defendant Charles Derek Parrish and the claims against him are dismissed with prejudice, with the parties to bear their own costs.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

**This case is terminated as to defendant Parrish.**

**DONE, this the 9th day of August, 2011.**

                                  <u>/s/ Myron H. Thompson</u>
                                  **UNITED STATES DISTRICT JUDGE**