IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
WELLS FARGO BANK, NATIONAL   )
ASSOCIATION, successor by    )
merger to Wachovia Bank,     )
National Association,        )
                             )
     Plaintiff,              )
                             )    CIVIL ACTION NO.
     v.                      )     2:11cv296-MHT
                             )
WILLIAM B. BLOUNT,           )
                             )
     Defendant.              )
```

## JUDGMENT

In accordance with the opinion entered this date, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) Plaintiff Wells Fargo Bank, National Association's motion for summary judgment (doc. no. 26) is granted.

(2) Judgment is entered in favor of plaintiff Wells Fargo Bank, National Association and against defendant William B. Blount.

(3) Plaintiff Wells Fargo Bank, National Association shall have and recover from defendant Blount the sum of $ 121,641.08, plus interest accrued from September 8, 2011, until the date of payment of this judgment, and the reasonable expenses actually incurred by plaintiff Wells Fargo Bank, National Association, including attorneys' fees, in collecting on the note.

It is further ORDERED that costs are taxed against defendant Blount, for which execution may issue.

The clerk of this court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 27th day of January, 2012.

                        /s/ Myron H. Thompson
                        UNITED STATES DISTRICT JUDGE